# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALBA GRISELDA LIMA-RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate the staff interpreter's schedule,

IT IS ORDERED that Defendant Lima-Rivera's evidentiary hearing and sentencing are rescheduled to **1:30 p.m.** on Thursday, October 16, 2008, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

October 9, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge